PD-0279-15

Date: 3/8/2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Dear Mr. Acosta:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

Daren Bell

Petitioner Pro Se
TDCJ # 1848812
Texas Department of Criminal Justice
Unit: Stiles
Address: 3060 FM 3514
Beaumont TX. 77705

FILED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

NO. 08-13-00139-CR

| Daren Marcus Bell | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS, | § | |
| RESPONDENT | § | CRIMINAL APPEALS |

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Daren Marcus Bell, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 2th District Court of Tarrant County, Texas of the offense of Agg-Assault-with-deadly-weapon in Cause No. 08-13-00139-CR styled The State of Texas vs. Daren Bell The Petitioner appealed to the Court of Appeals, 8-th Supreme Judicial District, Appeal No. 08-13-00139-CR . The case was affirmed on Jan 30 -2015 .

### II.

The present deadline for filing the Petition for Discretionary Review is March 3-2015 The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until Feb-9-2015 . Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Barry J-Alford , has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. O-8-13-00139-CR to 1304432 R

Respectfully submitted,

Daren Bell

Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, Daren Bell , do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for Tarrant County, _____ on this the March 8 day of , 200 15

Daren Bell
Petitioner Pro Se